IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EDWARD LEE BROWN,**

    **Petitioner,**

v.                                                Case No. 1:24-cv-41-AW-ZCB

**RICKY DIXON,**

    **Respondent.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner Edward Lee Brown filed a § 2254 habeas petition. The State responded, and the magistrate judge issued a report and recommendation concluding Brown is not entitled to relief. ECF No. 37. Brown filed objections, ECF No. 38, and I have considered the matter de novo.[1]

I agree with the magistrate judge and conclude Brown has not met his burden. He has not shown that the state court decision "was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States" or that it "was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d).

---

[1] Brown appealed the report and recommendation to the Eleventh Circuit. ECF No. 39. The pending interlocutory appeal of a nonfinal order does not deprive this court of jurisdiction to act.

1

I now adopt the report and recommendation and incorporate it into this order. Brown's objections, which are principally reargument, are overruled. The clerk will enter a judgment that says, "The § 2254 petition is denied without an evidentiary hearing." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on September 8, 2025.

                                           s/ *Allen Winsor*
                                           Chief United States District Judge